# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> **Plaintiff,** <br><br> v. <br><br> **EMMANUEL ROJAS-PERALTA,** <br><br> **Defendant**. | **CRIM. NO. 15-544  (PAD)** |

## ORDER

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Silvia Carreño-Coll regarding the Rule 11 proceeding of defendant, Emmanuel Rojas-Peralta (Docket No. 24), to which no objections have been filed.  The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty.  The plea is therefore accepted and the defendant is adjudged guilty as to count one of the Indictment and a forfeiture allegation.

The court notes that a Presentence Investigation Report was ordered (Docket No. 23).  The Sentencing Hearing is set for **January 15, 2016** at 9:30 a.m.

**SO ORDERED.**

In San Juan, Puerto Rico, this 17th day of December, 2015.

S/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNANDEZ
United States District Judge